No. 221. MÉNDEZ *v.* ROSADO.—Appeal from the District

Court of Arecibo. Motion to dismiss appeal. Decided December 2, 1907. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of this Court. *Mr. Santoni* for petitioner. *Suliveres* for respondent.